B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Northern District of California

In re Stephanie R. Goldberg,      Case No. 09-43220

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Cavalry Portfolio Services, LLC | Fireside Bank |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  500 Summit Lake Drive, Suite 400
  Valhalla, NY 10595

Court Claim # (if known):   1
Amount of Claim:   $3,556.26
Date Claim Filed:   05/01/2009

Phone:   914-347-3440
Last Four Digits of Acct #:   3916

Phone:   800-825-1862
Last Four Digits of Acct. #:   2980

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Stephanie Castro      Date: 04/06/2012
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.